PROCHASKA, CRAIG, GIROUX & HOWELL
7701 E. Kellogg, Suite 415
Wichita, Kansas 67207
Office: 316-683-9080
Fax: 316-683-6508

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEREMY BUSTAMANTE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 07-1228-JTM |
| CENTRAL KANSAS MEDICAL CENTER., ) | |
| a Kansas Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### COMPLAINT

COMES NOW the plaintiff, by and through his attorneys, James R. Howell of Prochaska, Craig,

Giroux & Howell, and  for his cause of action against the defendant, states and alleges as follows:

### JURISDICTION AND VENUE

1.      Subject matter jurisdiction is based on 28 U.S.C.A. Section 1332 for the reasons that: the

plaintiff is a citizen of the State of North Carolina; the defendant Central Kansas Medical Center is a

Kansas Corporation doing business in the State of Kansas as Central Kansas Medical Center with its

principal place of business located at 3515 Broadway Ave in Great Bend, Kansas; and, the amount in

controversy exceeds $75,000.00.

2.      Venue is proper in the United States District Court for the District of Kansas (sitting in

Wichita) pursuant to 28 U.S.C.A. 1391(a) and (c), in that: the defendant is a Kansas corporation doing

business in the state of Kansas; the tort which gives rise to the cause of action occurred in Great Bend,

Kansas; and the defendant is subject to personal jurisdiction within the State of Kansas.

## GENERAL ALLEGATIONS AND CAUSE OF ACTION

3.      Jeremy Bustamante resides at 1172 Black Angus Drive, Garner, North Carolina  27529.

4.      Defendant Central Kansas Medical Center (hereinafter referred to as CKMC) is a hospital corporation duly organized and existing by virtue of the laws of the State of Kansas, doing business as Central Kansas Medical Center, with its principal place of business at 3515 Broadway Ave, Great Bend, KS and may be served with process by serving it's resident agent, Thomas W. Sommers, at 3515 Broadway, Great Bend, Kansas 67530.

5.      At all material times hereto, CKMC had within it's employ, control and supervision certain administrators, physician assistants, officers, nurses, nurses aides, interns, residents, student nurses, and other administrative, office and/or hospital personnel.  The negligence of said persons is likewise the negligence of CKMC under the doctrine of respondeat superior.

6.      At all material times relevant hereto, and to which reference is made herein, a hospital/patient relationship existed between plaintiff and the defendant.

7.      At all material times relevant hereto, CKMC owed a duty to plaintiff to use that degree of care, skill, diligence and attention as used by other hospitals in providing care and treatment to its patients, and to properly educate, train, orient, manage, supervise and direct all administrators, administrative staff, officers, nurses, interns, residents, nurse anesthetists, aides and other employees and agents acting under and at its direction and control and to maintain and administer policies and procedures to ensure the safety and well being of all patients admitted to CKMC.  Prior to and while providing care and treatment to plaintiff, CKMC. breached it's duties to plaintiff, departed from accepted and approved standards of practice and was otherwise negligent.

8.      On or about February 4, 2006, plaintiff presented to the CKMC emergency room with a chief complaint of headache.  During the course of his care and treatment, a medication was ordered to be given intravenously.  A nurse in the emergency room then proceeded to negligently administer the

Page 2 of 4

medication through an arterial site in the right hand causing severe and permanent injury to plaintiff's hand.  At all times materia hereto, the nurse was acting within the scope of his employment and under the direction and control of CKMC.

      9.     As a direct result of the negligence, carelessness and malpractice of the defendant and its employees, plaintiff was permanently injured and as a result thereof, suffered and continues to suffer severe and permanent injury, pain, suffering, mental anguish, embarrassment, loss of economic benefits, medical expenses and other damages and losses.

      10.    Plaintiff further alleges that the actions and conduct of the defendant and its employees were reckless, willful and wanton and therefore requests punitive damages herein.

      WHEREFORE, and by reason of the foregoing, plaintiff prays for judgment for damages, general and punitive, against the defendant in an amount in excess of Seventy-five Thousand Dollars ($75,000.00); for costs; and for such other and further relief as the Court may deem just and equitable.

Respectfully submitted,

/s/  James R. Howell

James R. Howell (#13265)
Attorneys for Plaintiff
PROCHASKA, CRAIG, GIROUX & HOWELL
7701 E. Kellogg Ste. 415
Wichita, KS 67207
Office: 316-683-9080
Fax: 316-683-6508
jhowell@pcghlaw.com

Page 3 of 4

## DEMAND FOR TRIAL BY JURY

COMES NOW the plaintiff, by and through his attorneys, and respectfully requests a trial by jury

on all issues triable to a jury.

Respectfully submitted,

/s/ _James R. Howell_

James R. Howell (#13265)
Attorneys For Plaintiff
PROCHASKA, CRAIG, GIROUX & HOWELL
7701 E. Kellogg Ste. 415
Wichita, KS 67207
Office: 316-683-9080
Fax:: 316-683-6508
jhowell@pcghlaw.com

## DESIGNATION OF PLACE FOR TRIAL

Plaintiff herein requests the trial in this matter be held in The United States District

Court of the District of Kansas sitting in Wichita, Kansas.

Respectfully submitted,

/s/ _James R. Howell_

James R. Howell (#13265)
Bradley J. Prochaska (#10943)
Attorneys For Plaintiff
PROCHASKA, CRAIG, GIROUX & HOWELL
7701 E. Kellogg Ste. 415
Wichita, KS 67207
Office: 316-683-9080
Fax:: 316-683-6508
jhowell@pcghlaw.com
brad@pcghlaw.com