PROCHASKA, GIROUX & HOWELL
7701 E. Kellogg, Suite 415
Wichita, Kansas 67207
Office: 316-683-9080
Fax: 316-683-6508

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JEREMY BUSTAMANTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No.  07-1228-JTM |
| CENTRAL KANSAS MEDICAL CENTER., | ) | |
| a Kansas Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION FOR APPROVAL OF  SETTLEMENT AND APPROVAL OF ATTORNEY FEES AND EXPENSES

COMES NOW the plaintiff, by and through his attorney of record, James R. Howell of Prochaska, Giroux & Howell, and pursuant to K.S.A. 7-121b, relating to the approval of attorney fees and expenses in medical malpractice actions, and K.S.A. 40-3410, relating to approval of settlement in medical malpractice actions, moves the Court for approval of the settlement and approval of attorney fees and expenses in the above-captioned matter.

In support of this motion, movant respectfully advises the Court as follows:

1.     This is a medical negligence action which arose out of the alleged negligence of defendant resulting in injury to Jeremy Bustamante as is more fully described in the Pretrial Conference Order filed of record.

2.     A settlement has been reached between plaintiff and defendant.

3.      Confidentiality has been requested by defendant and agreed to by plaintiff.  As such, all attendant considerations and evidence will be presented to the Court at the time of hearing under confidentiality - subject to the Court's approval.

WHEREFORE and by reason of the foregoing, plaintiff moves the Court for an Order approving the expenses and fees of counsel; approving the proposed settlement; and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PROCHASKA, GIROUX & HOWELL


By___/s/ James R. Howell_____
      James R. Howell  #13265
      Phone:      316-683-9080
      Fax:        316-683-6508
      Email:      jhowell@pcghlaw.com


### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing pursuant to K.S.A. 60-1905 and K.S.A. 7-121b shall be conducted before the Honorable Judge Karen Humphreys at **10:00 am on June 23, 2008**, at the United States District Court Courthouse, 401 North Market in Wichita, Kansas, 67202.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2008, I electronically filed the foregoing

Notice of Hearing with the clerk of the district court by using the CM/ECF system, which will

send a notice of electronic filing to the following counsel of record:

Christopher Cole
WOODARD, HERNANDEZ, ROTH & DAY
257 North Broadway, Suite 300
P.O. Box 127
Wichita, KS 67201-0127
*Attorney for Central Kansas Medical Center*

  /s/ James R. Howell