**WOODARD, HERNANDEZ, ROTH & DAY, LLC**
ATTORNEYS AT LAW

257 NORTH BROADWAY, SUITE 300
P.O. BOX 127
WICHITA, KANSAS 67201-0127

(316) 263-4958   Fax: (316) 263-0125
E-Mail Menu: http:/www.woodard-law.com

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'08 JUN 23 A11 :03

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK
AT WICHITA, KS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEREMY BUSTAMANTE ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-1228-JTM |
| ) | |
| CENTRAL KANSAS MEDICAL CENTER, ) | |
| a Kansas Corporation, ) | |
| ) | |
| Defendants. ) | |

## JOURNAL ENTRY APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

NOW, on this 23rd day of June, 2008, the above-entitled matter comes on for hearing on the joint application of Plaintiff and Defendant for an Order dismissing the above-entitled action with prejudice and approving settlement. Plaintiff appears by and through his attorney, James R. Howell; Defendant Central Kansas Medical Center appears by and through its counsel, Chris S. Cole.

WHEREUPON, the parties advise the court that an Agreement has been reached by, and among and between them for full, final and complete settlement and satisfaction of all claims of the Plaintiff, individually, and in any other capacity.

WHEREUPON, the court received evidence on behalf of Plaintiff and Defendant regarding the terms of the Settlement, Release and Confidentiality Agreement, and evidence concerning attorney fees and expenses.

WHEREUPON, based upon the evidence presented in the statements and stipulation of the parties, IT IS BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED, as follows:

1. The Settlement, Release and Confidentiality Agreement proposed and executed by the parties is approved by the court as valid, just, equitable and in accordance with K.S.A. 40-3410. The court finds the Settlement, Release and Confidentiality Agreement should be and is hereby approved.

2. The attorneys' fees and expenses to be paid by or on behalf of the parties to this action have been received pursuant to K.S.A. 7-121b, and the same are found to be reasonable and should be and are hereby approved by the court.

3. By reasons of the settlement reached by the parties, and the approval of the court of the Settlement, Release and Confidentiality Agreement, it is by the court considered, ordered, adjudged and decreed that this case should be and is hereby dismissed with prejudice as to each and every claim asserted by Plaintiff.

4. The parties to this action shall be responsible for the payment of their own costs, fees and expenses.

5. That this order shall affect no lien or encumbrance upon any real or personal property now owned or hereafter acquired by Defendant, and Plaintiff specifically waives and disclaims any claims or encumbrance upon any real or personal property now owned or hereafter acquired by any other party to this action.

6. All and each of the provisions hereof shall be effective with filing, this 23rd day of June, 2008.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same is hereby dismissed with prejudice with the costs herein taxed to the party incurring the same.

IT IS SO ORDERED.

HONORABLE KAREN M. HUMPHREYS

APPROVED BY:

PROCHASKA, CRAIG, GIROUX & HOWELL


/s/ James R. Howell
James R. Howell, #13265
7701 East Kellogg, Suite 415
Wichita, KS 67207
jhowell@pcghlaw.com
*Attorneys for Plaintiff*


WOODARD, HERNANDEZ, ROTH & DAY, L.L.C.


/s/ Chris S. Cole
Chris S. Cole, #16343
ccole@woodard-law.com
Steven C. Day, #09755
scday@woodard-law.com
257 North Broadway, Suite 300
Wichita, KS 67201-0127
Ph: 316/ 263-4958   Fax: 316/ 263-0125
*Attorneys for Defendant*

3